ROBINSON *v.* THE STATE.

COBB, P. J. The extracts from the charge excepted to were not erroneous for any reason assigned. The evidence, though entirely circumstantial, was sufficient to authorize the verdict. No sufficient reason has been shown for reversing the judgment.

*Judgment affirmed. All the Justices concur.*

Argued March 20,—Decided May 10, 1906.

Indictment for murder. Before Judge Felton. Bibb superior court. February 13, 1906.

*John R. Cooper* and *Glawson & Fowler,* for plaintiff in error.

*John C. Hart, attorney-general,* and *William Brunson, solicitor-general,* contra.